# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THERESA C. MUELLER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 15-1905** |
| | : | |
| **HARRIET MUELLER MAYERNICK** | : | |

## ORDER

**AND NOW**, this 22nd day of September, 2015, upon consideration of the Defendant Harriet Mueller Mayernick's Motion to Dismiss Plaintiff Theresa C. Mueller's Complaint (Document No. 19), the plaintiff's response, the defendant's reply, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that the defendant shall answer the Complaint no later than **October 7, 2015.**

 

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.